No. 11-493. Jerry P. McNeil, Petitioner v. Commissioner of Internal Revenue.

565 U.S. 1073, 132 S. Ct. 785, 181 L. Ed. 2d 509, 2011 U.S. LEXIS 8460.

November 28, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Tenth Circuit denied.

No. 11-6579. Michael Todd Panella, Petitioner v. John Marshall, Warden.

565 U.S. 1073, 132 S. Ct. 774, 181 L. Ed. 2d 509, 2011 U.S. LEXIS 8309.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 434 Fed. Appx. 603.

No. 11-6974. Eleutorio Cortijo, Petitioner v. Steven Racette, Superintendent, Elmira Correctional Facility, et al.

565 U.S. 1073, 132 S. Ct. 786, 181 L. Ed. 2d 509, 2011 U.S. LEXIS 8389.

Same case below, 422 Fed. Appx. 12.

No. 11-7034. James Niblock, Petitioner v. United States District Court for the Eastern District of Virginia, et al.

565 U.S. 1073, 132 S. Ct. 799, 181 L. Ed. 2d 509, 2011 U.S. LEXIS 8340, ■

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 453 Fed. Appx. 393.

No. 11-7049. Sherman Bobb, Petitioner v. United States.

565 U.S. 1073, 132 S. Ct. 792, 181 L. Ed. 2d 509, 2011 U.S. LEXIS 8433.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 433 Fed. Appx. 68.

No. 11-7057. Patrick F. Williams, Petitioner v. United States.

565 U.S. 1073, 132 S. Ct. 792, 181 L. Ed. 2d 509, 2011 U.S. LEXIS 8333.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 434 Fed. Appx. 800.

No. 11-7130. In re William B. Kissane, Petitioner.

565 U.S. 1056, 132 S. Ct. 794, 181 L. Ed. 2d 509, 2011 U.S. LEXIS 8374.

November 28, 2011. Petition for writ of habeas corpus denied.

No. 11-7134. In re Ray A. Perry, Petitioner.

565 U.S. 1056, 132 S. Ct. 794, 181 L. Ed. 2d 509, 2011 U.S. LEXIS 8378.

November 28, 2011. Petition for writ of habeas corpus denied.